IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD FULLER and PAMELA FULLER, as husband and wife, AIM LEASING COMPANY, and AIM INTEGRATED LOGISTICS, INC.<br>　　　　Plaintiffs<br><br>v.<br><br>DOUGLAS SINGER, ALBERTO RAMIREZ-BARVOSA, AND SPN WELL SERVICES, INC.<br>　　　　Defendants | : No. 4:18-cv-01756-MWB<br>:<br>: CIVIL ACTION – LAW<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS SINGER and JEANNINE SINGER (h/w)<br>　　　　Plaintiffs<br><br>v.<br><br>RICHARD FULLER, AIM LEASING COMPANY and AIM INTEGRATED LOGISTICS, INC.<br>　　　　Defendants | :<br>:<br>: No. 4:19-cv-00012-MWB<br>:<br>: CIVIL ACTION – LAW<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this 17th day of January, 2019, upon consideration of the Uncontested Motion to Consolidate Cases for Discovery & Trial, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

The above-captioned matters shall be consolidated for purposes of discovery and trial. All future filings in the above-captioned matters shall be filed at Docket No. <u>4:18-CV-01756</u>.

                                      BY THE COURT:

                                      <u>*s/ Matthew W. Brann*</u>
                                      Matthew W. Brann
                                      United States District Judge